## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| **CHRISTOPHER PIERCE,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **CIV-06-375-R** |
| | ) | |
| **RAY ROBERTS, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

### O R D E R

Before the Court are the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered April 10, 2006 and the Report and Recommendation of that Magistrate Judge entered April 14, 2006. No objection to either Report and Recommendation has been filed nor has an extension of time in which to object to either Report and Recommendation been sought or granted. Therefore, the Reports and Recommendations are ADOPTED, Plaintiff's application for leave to proceed *in forma pauperis* is DENIED and this case is TRANSFERRED to the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1631. The Magistrate Judge recommended that Petitioner be ordered to pay the filing fee within twenty days. In view of the transfer to the District of Kansas, the Court does not adopt that recommendation, leaving it to the District of Kansas to order payment of the filing fee.

It is so ordered this 5th day of May, 2006.

DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE